IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv337

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., et al., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | ORDER |
| MICHAEL CASENA, ) ) | |
| Defendant. ) ) | |

This matter is before the court upon the Defendant's letter labeled "Appeal Decision for Default Regarding the Motion in this Case," filed March 2, 2006. The court will treat this letter as a motion for reconsideration. Defendant was served on August 9, 2005. Default was not entered until February 3, 2006. Defendant had ample time to defend this lawsuit had he wished to do so.

IT IS THEREFORE ORDERED that Defendant's motion for reconsideration is hereby DENIED.

Signed: March 20, 2006

Graham C. Mullen
United States District Judge